**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHORE MEDIA & MARKETING LTD LIABILITY CO. d/b/a SHORE NEWS NETWORK,<br><br>    Plaintiff,<br><br> v.<br><br>TOWNSHIP OF TOMS RIVER, and THOMAS NIVISON and DAVID CICCOZZI, in their personal capacities,<br><br>    Defendants. | Civil Action No. _____<br><br><br>**COMPLAINT**<br><br>**FIRST AMENDMENT VIOLATION**<br><br>**BREACH OF CONTRACT**<br><br>**JURY TRIAL DEMANDED** |

This is a Civil Action brought by Plaintiff, Shore Media & Marketing Ltd Liability Co. d/b/a Shore News Network ("Shore News"), against Defendants, Township of Toms River ("Toms River"), and Thomas Nivison and David Ciccozzi. Shore News brings a claim under 42 U.S.C. § 1983 for Defendants' violation of its First and Fourteenth Amendment rights under the U.S. Constitution, violation of the Contracts Clause of the U.S. Constitution, along with Defendant's violation of Shore News' rights guaranteed by the New Jersey State Constitution, and for breach of contract, alleging as follows:

### INTRODUCTION

Freedom the Press is a lynchpin of New Jersey's Constitutional order, and this fundamental freedom is not just imposed on New Jersey by the Federal Constitution. New Jersey chose to lead, not follow, when it comes to freedom of expression. The First Amendment is a negative right, restricting government from infringing on freedom of expression. Meanwhile, the New Jersey Constitution, at Art. I, ¶ 6 declares affirmatively that "[e]very person may freely speak, write and publish his sentiments on all subjects." It commands that "[n]o law shall be passed to restrain or abridge the liberty of speech or of the press."

RANDAZZA | LEGAL GROUP

This protection runs deep in this state. The 1677 Concessions and Agreements of West Jersey planted the seeds to protect civil liberties that would guard against tyranny, including seeds that grew into strong protections for freedom of the press, as a check on governmental abuses of power. Today, New Jersey provides far greater protection for freedom of expression than the Federal Constitution, robust as it is.

Toms River's Township Council has forgotten this commitment and requires corrective action. Shore News is a news publication that covers matters of public interest including local politics in Toms River. Toms River pays local media for advertising local events. The Township Council in Toms River (by a 4-3 vote) decided that it did not like Shore News reporting. It is not unusual for the government to be at odds with the press. After all, an essential function of a free press is to act as a watchdog over the government, to act as a check on the three branches, and to inform the public. But the Toms River Township Council wants to control the editorial content of the Shore News. It wants to punish Shore News for what it considers to be unflattering coverage. The Council even wants to compel Shore News to publish speech that the Shore News does not want to publish.

Toms River has lost respect for the U.S. and New Jersey Constitutions. Shore News comes humbly before this Honorable Court requesting that it restore Constitutional order to Tom River.

## THE PARTIES

1.      Plaintiff, Shore Media & Marketing Ltd Liability Co. d/b/a Shore News Network is and was at all relevant times a limited liability company organized under the laws of the State of New Jersey. At all relevant times, Shore News is and was a citizen and resident of the State of New Jersey.

2.      Defendant, Township of Toms River, is a duly delegated municipal corporation and/or entity pursuant to the laws of the State of New Jersey.

3.      Defendant, Thomas Nivison, is a natural person and citizen and resident of the State of New Jersey.

4.      Defendant, David Ciccozzi, is a natural person and citizen and resident of the State of New Jersey.

## JURISDICTION AND VENUE

5.      This Court has subject matter jurisdiction over this civil action per 28 U.S.C. § 1331 as this is a civil action arising under 42 U.S.C. § 1983 and the First and Fourth Amendments to the U.S. Constitution and the Contracts Clause of the U.S. Constitution.  The Court has supplemental jurisdiction over the state law claims per 28 U.S.C. § 1367

6.      This Court has personal jurisdiction over Defendants as they are a citizen or organ of the State of New Jersey, and the Defendant committed the acts complained of within the State of New Jersey.

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) & (2) as all defendants reside in this District and all events giving rise to the claim occurred in this District.

## FACTUAL BACKGROUND

8.      Shore News is a news publication with a focus on New Jersey and the surrounding region, including at the website URL located at www.shorenewsnetwork.com.

9.      As part of its business, Shore News sells advertising.

10.      *See* https://www.shorenewsnetwork.com/advertise-on-shore-news-network.

11.      Toms River is one of Shore News' advertising customers.

12.      Toms River has an outstanding balance due and owing for advertisements it placed with Shore News.

13.      As of May 13, 2026, a balance of $20,417.55 was on the following invoices:

a)      Invoice TRNJ-2026-001, January 1, 2026, $4,083.51

b)    Invoice TRNJ-2026-002, February 1, 2026, $4,083.51

c)    Invoice TRNJ-2026-003, March 1, 2026, $4,083.51

d)    Invoice TRNJ-2026-004, April 1, 2026, $4,083.51

e)    Invoice TRNJ-2026-004[sic], May 1, 2026, $4,083.51

*See* Composite **Exhibit A**.

14.    Shore News fully performed its agreement with Toms River and published the advertisements.

15.    Shore News also publishes news about Toms River and its governance.

16.    Certain members of the Toms River Township Council, including, but not limited to, Defendant Councilman-at-Large Thomas Nivison, who is the current Council Vice President, dislike Shore News' coverage about Toms River and Toms River politics.

17.    Such members believe, among other things, that Shore News' publication tends to favor Toms River Mayor Daniel Rodrick in political disputes with the Township Council.

18.    Shore News covers politics neutrally, but even if it did not, it is under no compulsion to do so.  Shore News has a First Amendment right to any viewpoint it wishes to express, whether that favors the Mayor on one day and disfavors the Mayor the next.  Whether it praises or criticizes the Township Council or not.  That is what Freedom of the Press means.

19.    Toms River recorded and published the May 13, 2026, Township Council meeting on YouTube. *See* https://www.youtube.com/watch?v=Zwx7V5_1VSQ.

20.    As set forth in the agenda for that meeting, a portion of that meeting was to address "Approval of Bills," *i.e.* deciding whether or not to pay the bills sent to Toms River for goods and services provided.

21.    *See* https://tomsrivertwpnj.portal.civicclerk.com/event/548/files/agenda/1012.

- 4 -

Complaint

22.    Because of certain Council members' beliefs about Shore News' publication, on May 13, 2026, the Township Council voted 4-3 not to pay PO26-02071, the outstanding bill for advertising services already rendered by Shore News to Toms River.

23.    Such vote was the result of a motion by Councilman Nivison, which was seconded by Ward 2 Councilman Clinton Bradley.

24.    In addition to Nivison and Bradley, Wart 1 Councilman Robert Biancini and Defendant Ward 4 Councilman David Ciccozzi (who is currently the Council President), voted not to pay Shore News for the services performed.

25.    As recorded at 1:00:37 of the meeting's video, Nivison stated that Shore News "is [Mayor] Rodrick's personal newspaper that he's using to personally attack us and to campaign and we're paying for it, so I vote 'no'" to paying Shore News' outstanding invoice.

26.    Ciccozzi voted against paying Shore News because he did not like that Shore News did not give Council members "the opposing side the equal amount of time" in their publication, as record at 1:08:06, and that (at 1:12:37) Shore would have to "give [the Council] the opportunity to respond.  That's all we're saying. We're not trying to take the money away from him [the publisher of Shore], but it's got to be fair."

27.    There is clearly established law that Shore News cannot be compelled to do what Ciccozzi insisted. *See Miami Herald Pub. Co. v. Tornillo,* 418 U.S. 241 (1974).

28.    During the meeting, Mayor Rodrick repeatedly warned the Township Council (as recorded, e.g., at 1:01:41) that, per the advice of the Township's attorney, not paying Shore News on account of disagreeing with what it published would violate the First Amendment.

29.     Mayor Rodrick admonished Nivison at 1:11:05 that he would get Toms River sued because "you don't want to pay him because you don't like what he writes in the news. That's a dumb thing to say."

30.     Mayor Rodrick further highlighted at 1:13:33 that the Council "cannot not pay somebody who rendered services because you don't like what they write in the news. You're not allowed to do that. It's illegal."

31.     Mayor Rodrick also noted at 1:16:15 that "the right to be paid is guaranteed under state law if somebody renders a service."

32.     Township Attorney Jonathan Penney concurred (as recorded at 1:03:27) that Shore News coverage was protected speech under the First Amendment.

33.     The Township Attorney further affirmed (recorded at 1:08:42) in response to Ciccozzi's "equal time" statement that "legally there's a constitutional right not to print what you want to print. You don't have to print both sides."

34.     The Township Attorney highlighted at 1:08:56 Shore News First Amendment defenses to accusations of slander under *New York Times v. Sullivan*, 376 U.S. 254 (1964).

35.     The Township Attorney told Nivison (at 1:09:22) that retaliating against Shore News was "illegal."

36.     Despite being admonished by Mayor Rodrick and the Township Attorney, the Council voted not to pay Shore News.

37.     The law is so clearly established that the individual defendants do not enjoy qualified immunity.

38.     It was not only clearly established, but that clear establishment was communicated to them before they took their unconstitutional actions.

39.     Shore's outstanding bill remains due and owing.

## CAUSES OF ACTION

### *Count I*
### Violation of the First Amendment to the United States Constitution: Retaliation
### (42 U.S.C. 1983 – First Amendment, Against All Defendants)

40.     Plaintiff repeats and realleges each and every allegation in paragraphs 1-39 above as if set forth fully herein.

41.     Shore News has a First Amendment protected right to publish its news coverage and views, including without giving equal time to opposing views. *Miami Herald Pub. Co. v. Tornillo,* 418 U.S. 241 (1974).

42.     Defendants' decision not to pay Shore News on account of its published content and/or viewpoint violates Shore News' First Amendment right to freedom of speech and expression.

43.     Defendants' holding payment hostage unless Shore News gives them "equal time" violates Shore News' right to be free from compelled speech.

44.     Defendants Toms River and Ciccozzi's decision to not pay Shore News on account of it not providing "equal time" to the opposing side is an unconstitutional condition in violation of Shore News' First Amendment right to freedom of speech and expression.

45.     Shore News' First Amendment rights to freedom from viewpoint and content based discrimination, unconstitutional conditions, and compelled speech, are clearly established.

46.     Even a momentary deprivation of First Amendment rights is an irreparable injury.

47.     The violation of Shore's First Amendment rights has proximately caused it damage, including financial injury.

48.     At all relevant times, Nivison and Ciccozzi were motivated by an evil motive or intent to harm Shore News on account of its speech and were otherwise reckless or callously indifferent to Shore News' First Amendment rights.

49.     Defendants Nivison and Ciccozzi do not enjoy absolute immunity as the act of not paying a single bill does not involve general policy making. *Montgomery Cty. Comm'rs v. Montgomery Cty.*, 215 F.3d 367, 377 (3d Cir. 2000).

50.     Shore News has been injured, or reasonably fears imminent injury, by these constitutional violations, and Shore News is entitled to relief, including, but not limited to, compensatory damages and injunctive and declaratory relief, as well as punitive damages against Nivison and Ciccozzi.

### *Count II*
### *Contract Clause*
### (Against Toms River)

51.     Plaintiff repeats and realleges each and every allegation in paragraphs 1-39 above as if set forth fully herein.

52.     Article I, Section 10, Clause 1 of the U.S. Constitution states, in relevant part, that "No State shall…pass any…Law impairing the Obligation of Contracts[.]"

53.     Toms River is a political subdivision of the State of New Jersey.

54.     The May 13, 2026, vote to not pay Shore News was a law impairing Toms River's obligations under its contract with Shore News.

55.     Shore News has a right to be paid for the services it performed.

56.     The violation of Shore News' right to be paid under contract has proximately caused it damage, including financial injury.

57.     Shore News has been injured, or reasonably fears imminent injury, by these constitutional violations, and Shore News is entitled to relief, including, but not limited to, compensatory damages and injunctive and declaratory relief.

### *Count III*
### Violations of the New Jersey Constitution and New Jersey Civil Rights Act
### (N.J. Const., N.J.S.A. 10:6-1 to 10:6-2, Against All Defendants)

58.     Plaintiff repeats and realleges each and every allegation in paragraphs 1-39 above as if set forth fully herein.

59.     The actions of all Defendants acting under color of state law and/or in their individual capacities as set forth at length above, deprived Plaintiff of his rights secured by the U.S. Constitution and the Constitution of the State of New Jersey (Art. 1, § 6 & Art. IV, § 7, paragraph 3) and in violation the N.J.S.A. 10:6-1, *et. seq.* ("The New Jersey Civil Rights Act").

60.     As a direct result of the Defendants' conduct described above, Plaintiff suffered damages through the loss of its freedom of speech and impairment of its rights under contract.

61.     Shore News' First Amendment rights to freedom from viewpoint and content discrimination and from unconstitutional conditions and compelled speech are clearly established.

62.     At all relevant times, Nivison and Ciccozzi were motivated by an evil motive or intent to harm Shore News on account of its speech and were otherwise reckless or callously indifferent to Shore's First Amendment rights.

63.     Defendants Nivison and Ciccozzi do not enjoy absolute immunity as the act of not paying a single bill does not involve general policy making. *Montgomery Cty. Comm'rs v. Montgomery Cty.*, 215 F.3d 367, 377 (3d Cir. 2000).

64.     Shore News has been injured, or reasonably fears imminent injury, by these constitutional violations, and Shore News is entitled to relief, including, but not limited to,

compensatory damages and injunctive and declaratory relief, and punitive damages against Nivison and Ciccozzi.

## *Count IV*
## Breach of Contract

65.    Plaintiff repeats and realleges each and every allegation in paragraphs 1-39 above as if set forth fully herein.

66.    Shore News and Toms River entered into a contract for Shore News to provide advertising services to Toms River.

67.    Shore News fully performed its obligations under the contract by providing the advertising services.

68.    Toms River failed to perform its obligations under the contract as it failed to make payment due and owing.

69.    Such failure to make payment constitutes a breach of the contract.

70.    As a proximate result of such breach, Shore News suffered financial injury.

71.    Shore News is, therefore, entitled to relief, including, but not limited to, compensatory damages and injunctive and declaratory relief.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of all issues presented in this Complaint which are triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks this Court to issue and award:

A.    Judgment in Favor of Plaintiff against Defendants;

B.     Preliminary and/or Permanent Injunctive Order preventing Defendants from retaliating against Plaintiff for exercising its right to free speech and to require Defendants to pay Plaintiff for services rendered;

C.     Compensatory Damages against Defendants;

D.     Punitive Damages against Defendants Nivison and Ciccozzi;

E.     Plaintiff's reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988 and any other applicable provisions of law;

F.     Any such other and further relief the Court deems just and proper.

Dated: May 28, 2026

Respectfully Submitted,

/s/ Vincent S. Verdiramo
Vincent S. Verdiramo, 024691986
vincent@verdiramolaw.com
Verdiramo & Verdiramo Esqs. PA
3163 Kennedy Boulevard
Jersey City, New Jersey 07306
Tel: 201-798-7082

Marc J. Randazza (*PHV Forthcoming*)
ecf@randazza.com
RANDAZZA LEGAL GROUP, PLLC
30 Western Avenue
Gloucester, MA 01930
(978) 801-1776

*Counsel for Plaintiff*

Complaint

# Exhibit A

Composite of Invoices

# Shore Media & Marketing LLC

6 Kennedy Ct.
Jackson, NJ
08527
732-575-4891
www.shorenewsnetwork.com

## Advertisement Invoice

| | |
|---|---|
| Invoice # | TRNJ-2026-001 |
| Invoice Date | JAN 1, 2026 |
| Due Date | JAN 31, 2026 |

## Bill To

Township of Toms River
Accts.
33 Washington Street
Toms River, NJ 08527
732-341-1000

## TERMS

NET 30

PERIOD – JAN 2026

| Description | Amount |
|---|---|
| Advertising and marketing services for Township of Toms River -- Display advertising on Shore News Network | |

Winding River Skating Center – Party room/rental advertisement and promotion

Winding River Skating Center – January 2026 Skating Schedule Promotion

Toms River Township Now Hiring Advertisement and Promotion

Marine Science Mondays Advertisement

Bey Lea Golf Course Promotion – Discount on off-season cards sale advertisement

Nexplore Drone Voyage Program advertisement

### Advertising Audience

*Facebook:Shore News Network / Toms River News / Toms River Magazine – 195,000 followers – Pinned advertisement posts on all platforms.*

*Newsbreak: 174,000 followers – Advertisement features for above advertisements.*

*Shore News Network Display Ad Features (website): 75,372 impressions for month.*

Thank you for your business!

Make all checks payable to Shore Media and Marketing LLC

| | |
|---|---|
| Subtotal | $4083.51 |
| Tax | $0* |
| Shipping | $0.00 |
| Total | $4083.51 |

# Shore Media & Marketing LLC

6 Kennedy Ct.
Jackson, NJ
08527
732-575-4891
www.shorenewsnetwork.com

# Advertisement Invoice

| | |
|---|---|
| Invoice # | TRNJ-2026-002 |
| Invoice Date | FEB 1, 2026 |
| Due Date | FEB 28, 2026 |

## Bill To

Township of Toms River
Accts.
33 Washington Street
Toms River, NJ 08527
732-341-1000

## TERMS

NET 30

PERIOD – FEB 2026

| Description | Amount |
|---|---|
| Advertising and marketing services for Township of Toms River -- Display advertising on Shore News Network | |

Advertisement - Winding River Skating Center – Party room/rental advertisement and promotion - Continued

Advertisement - Winding River Skating Center – FEBRUARY 2026 Skating Schedule Promotion

Notice – Book your party at Winding River Skating Center

Toms River Township Now Hiring Advertisement and Promotion - Continued

Marine Science Mondays Advertisement  - Reminder Notice

Advertisement - Bey Lea Golf Course Promotion – Early registration advertisement

Article – Bey Lea Golf Course – Book Now for Savings

Notice - February Snow Storm – Pre Storm Public Service Message – Blizzard warning/safety message

Notice - February Snow Storm – Post Storm Cleanup Messages (2)

Article – Lego Camp

Article – Hand on Cooking and Science Camp

Notice – Park Upgrades

Notice – Tennis Lessions for Kids

### Advertising Audience

*Facebook:Shore News Network / Toms River News / Toms River Magazine – 195,000 followers – Pinned advertisement posts on all platforms.*

*Newsbreak: 174,000 followers – Advertisement features for above advertisements.*

*Shore News Network Display Ad Features (website): 75,372 impressions for month.*

Thank you for your business!

Make all checks payable to Shore Media and Marketing LLC

Case 3:26-cv-06206-RK-RLS   Document 1   Filed 05/28/26   Page 15 of 21 PageID: 15

| | |
|---|---|
| Subtotal | $4083.51 |
| Tax | $0* |
| Shipping | $0.00 |
| Total | $4083.51 |

# Shore Media & Marketing LLC

6 Kennedy Ct.
Jackson, NJ
08527
732-575-4891
www.shorenewsnetwork.com

# Advertisement Invoice

| | |
|---|---|
| Invoice # | TRNJ-2026-003 |
| Invoice Date | MAR 1, 2026 |
| Due Date | MAR 28, 2026 |

## Bill To

Township of Toms River
Accts.
33 Washington Street
Toms River, NJ 08527
732-341-1000

## TERMS

NET 30

PERIOD – MAR 2026

| Description | Amount |
|---|---|
| Advertising and marketing services for Township of Toms River -- Display advertising on Shore News Network | |
| Advertisement - Winding River Skating Center – Party room/rental advertisement and promotion - Continued | |
| Advertisement - Winding River Skating Center – March 2026 Skating Schedule Promotion | |
| Toms River Township Now Hiring Advertisement and Promotion - Continued | |
| Advertisement – Kayak Storage Rentals | |
| Article – Kayak Storage Rentals | |
| Advertisement – Spring Yog | |
| Article – Spring Yoga | |
| Advertisement – Easter Egg Hunt | |
| Article – Easter Egg Hunt | |
| Advertisement – Pickleball Classes | |
| Article – Pickleball Classes | |

**Advertising Audience**

*Facebook:Shore News Network / Toms River News / Toms River Magazine – 195,000 followers – Pinned advertisement posts on all platforms.*

*Newsbreak: 174,000 followers – Advertisement features for above advertisements.*

*Shore News Network Display Ad Features (website): 75,372 impressions for month.*

Thank you for your business!

Make all checks payable to Shore Media and Marketing LLC

| Subtotal | $4083.51 |
|----------|----------|
| Tax | $0* |
| Shipping | $0.00 |
| Total | $4083.51 |

# Shore Media & Marketing LLC

6 Kennedy Ct.
Jackson, NJ
08527
732-575-4891
www.shorenewsnetwork.com

# Advertisement Invoice

| | |
|---|---|
| Invoice # | TRNJ-2026-004 |
| Invoice Date | APRIL 1, 2026 |
| Due Date | APRIL 30, 2026 |

## Bill To

Township of Toms River
Accts.
33 Washington Street
Toms River, NJ 08527
732-341-1000

## TERMS

NET 30

PERIOD – APRIL 2026

| Description | Amount |
|---|---|
| Advertising and marketing services for Township of Toms River -- Display advertising on Shore News Network | |

Advertisement- Special Needs Camp
Article – Special Needs Camp
Advertisement – Spring Tennis
Article – Spring Tennis
Advertisement – Beach Badges on Sale
Article – Beach Badges on Sale
Toms River Township Now Hiring Advertisement and Promotion – Continued
Advertisement – Kayak Storage Rentals
Advertisement – Spring Yog
Advertisement – Easter Egg Hunt - Continued
Article – Easter Egg Hunt – Reposted as event neared
Advertisement – Pickleball Classes
Article – Pickleball Classes
Announcement – Riverwood Basketball Court Resurfacing

**Advertising Audience**

*Facebook:Shore News Network / Toms River News / Toms River Magazine – 195,000 followers – Pinned advertisement posts on all platforms.*

*Newsbreak: 174,000 followers – Advertisement features for above advertisements.*

*Shore News Network Display Ad Features (website): 75,372 impressions for month.*      .

Thank you for your business!

Make all checks payable to Shore Media and Marketing LLC

| Subtotal | $4083.51 |
|----------|----------|
| Tax | $0* |
| Shipping | $0.00 |
| Total | $4083.51 |

# Shore Media & Marketing LLC

6 Kennedy Ct.
Jackson, NJ
08527
732-575-4891
www.shorenewsnetwork.com

## Advertisement Invoice

| | |
|---|---|
| Invoice # | TRNJ-2026-004 |
| Invoice Date | MAY 1, 2026 |
| Due Date | MAY 30, 2026 |

## Bill To

Township of Toms River
Accts.
33 Washington Street
Toms River, NJ 08527
732-341-1000

## TERMS

NET 30

PERIOD – MAY 2026

| Description | Amount |
|---|---|
| Advertising and marketing services for Township of Toms River -- Display advertising on Shore News Network | |

Advertisement- Summer Camp Registration Opens
Article – Summer Camp
Advertisement – New Spring Yogo
Article – New Spring Yoga Bulletin
Advertisement – Pickleball Classes
Article – Pickleball Classes
Advertisement – Summer Theater Camp
Bulletin – Summer Theater Camp
Advertisement – Spring Tennis
Article – Spring Tennis
Advertisement – Beach Badges on Sale
Article – Beach Badges on Sale
Repost – Beach Badges on Sale
Toms River Township Now Hiring Advertisement and Promotion – Continued
Advertisement – Kayak Storage Rentals
Advertisement – Spring Yog
Announcement – Riverwood Basketball Court Resurfacing
Advertisement – Chef it Up
Advertisement – Chess Camp
Advertisement – Beach Yoga – Shelter Cover
Advertisement - Fitness Class with Pepper
Advertisement - Zumba with Anne

## Advertising Audience

*Facebook:Shore News Network / Toms River News / Toms River Magazine – 195,000 followers – Pinned advertisement posts on all platforms.*

*Newsbreak: 174,000 followers – Advertisement features for above advertisements.*

*Shore News Network Display Ad Features (website): 75,372 impressions for month.*    .

Thank you for your business!
Make all checks payable to Shore Media and Marketing LLC

| Subtotal | $4083.51 |
|----------|----------|
| Tax | $0* |
| Shipping | $0.00 |
| Total | $4083.51 |