**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SHORE MEDIA & MARKETING LTD
LIABILITY CO. d/b/a SHORE NEWS
NETWORK,

          Plaintiff,

    v.

TOWNSHIP OF TOMS RIVER, and
THOMAS NIVISON and DAVID
CICCOZZI, in their personal capacities,

          Defendants.

Civil Action No. 3:26-cv-06206


**MOTION FOR ADMISSION**
***PRO HAC VICE***

I, Vincent S. Verdiramo, a member in good standing of the Bar of the State of New Jersey and admitted to practice before the United States District Court for the District of New Jersey and an Attorney with the law firm of Verdiramo & Verdiramo Esqs. PA, hereby apply to the Court for an Order permitting Marc J. Randazza of the law firm Randazza Legal Group, PLLC, to practice *pro hac vice* before the United States District Court for the District of New Jersey on behalf of Plaintiff, Shore Media & Marketing Ltd Liability Co. d/b/a Shore News Network, party in interest in these proceedings pursuant to Local Rule 101.1(c). In support thereof, undersigned relies on the Certification of Marc J. Randazza. A proposed Order is also submitted herewith.

Dated: May 28, 2026

          Respectfully Submitted,

          /s/ Vincent S. Verdiramo
          Vincent S. Verdiramo, 024691986
          vincent@verdiramolaw.com
          Verdiramo & Verdiramo Esqs. PA
          3163 Kennedy Boulevard
          Jersey City, New Jersey 07306
          Tel: 201-798-7082

          *Counsel for Plaintiff*