**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

SHORE MEDIA & MARKETING LTD
LIABILITY CO. d/b/a SHORE NEWS
NETWORK,

          Plaintiff,

    v.

TOWNSHIP OF TOMS RIVER, and
THOMAS NIVISON and DAVID
CICCOZZI, in their personal
capacities,

          Defendants.

Civil Action No.3:26-cv-06206

**ORDER GRANTING APPLICATION**
**FOR ADMISSION *PRO HAC VICE***
**OF MARC J. RANDAZZA**

This matter having been brought before the Court by Vincent S. Verdiramo, Esq., counsel for Plaintiff, Shore Media & Marketing Ltd Liability Co. d/b/a Shore News Network, on application for an Order allowing Marc J. Randazza, Esq., to appear and participate *pro hac vice*; and the Court having considered the moving papers; and this matter being considered pursuant to FED. R. CIV. P. 78, and for good cause shown;

IT IS on this _____ day of _____, 20____

ORDERED that Marc J. Randazza, Esq., a member in good standing of the Bar of the States of Massachusetts, Florida, California, Arizona, and Nevada, be permitted to *appear pro hac vice* in the above-captioned matter pursuant to L. Civ. R. 101.1(c); and it is further

ORDERED that, all pleadings, briefs, and other papers filed with the Court shall be signed by a member or associate of the law firm of Verdiramo & Verdiramo Esqs. PA, attorneys of record for Plaintiff, Shore Media & Marketing Ltd Liability Co. d/b/a Shore News Network, who is admitted to the Bar of this Court and shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

- 1 -

ORDERED that Marc J. Randazza, Esq., shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with L. Civ. R. 101.1(c)(2) and New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this order, unless previously paid for the current calendar year; and it is further

ORDERED that Marc J. Randazza, Esq., shall make payment of $150.00 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c)(3), as amended, within twenty (20) days from the date of the entry of this Order; and it is further

ORDERED that Marc J. Randazza, Esq., shall be bound by the Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and it is further

ORDERED that Marc J. Randazza, Esq., shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended; and it is further

ORDERED that Marc J. Randazza, Esq., may file a request, the form of which is available at the Court's website, with the Clerk of the Court for *pro hac vice* counsel to receive electronic notifications in this matter.

By: _____
United States District Judge