**Atty ID 031561995**
**Todd J. Gelfand, Esquire**
**BARKER, GELFAND, JAMES & SARVAS**
**a Professional Corporation**
Linwood Greene - Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
TGelfand@BarkerLawFirm.net
Attorney for Defendant, Township of Toms River

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – TRENTON VICINAGE**

| | |
|---|---|
| SHORE MEDIA & MARKETING LTD LIABILITY CO. doing business as SHORE NEWS NETWORK,<br><br>Plaintiffs,<br>v.<br><br>TOWNSHIP OF TOMS RIVER, DAVID CICCOZZI, in their personal capacities, & THOMAS NIVISON, in their personal capacities,<br><br>Defendants. | Civil Action Number<br>3:26-cv-06206-RK-RLS |

**NOTICE OF APPEARANCE OF COUNSEL**
**On behalf of the Defendant, Township of Toms River**

**PLEASE TAKE NOTICE** that Todd J. Gelfand, Esquire of Barker, Gelfand, James & Sarvas, a P.C., shall appear as counsel on behalf of Defendant Township of Toms River.

**BARKER, GELFAND, JAMES & SARVAS, A Professional Corporation**

By: s/Todd Gelfand
Todd J. Gelfand, Esquire

Dated: June 26, 2026